UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPHINE E. BENTON,

    Plaintiff,

v.                                        4:03cv391-WS

JOHN E. POTTER, UNITED STATES
POSTMASTER GENERAL,

    Defendant.

_____

ORDER GRANTING PLAINTIFF'S MOTION FOR
ENLARGEMENT OF TIME

Before the court is the plaintiff's motion (doc. 33) for extension of time to file a response to the defendant's motion for summary judgment.  The plaintiff having advised the court that the defendant has no objection to the relief requested, it is ORDERED:

1. The plaintiff's motion for extension of time (doc. 33) is GRANTED.

2. The plaintiff shall have until August 1, 2005, to serve and file her response to the defendant's motion for summary judgment.

DONE AND ORDERED this July 21, 2005.

                                   /s William Stafford
                                   WILLIAM STAFFORD
                                   SENIOR UNITED STATES DISTRICT JUDGE